# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERMIN LOVE SUPREME, an individual; <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF CONCORD; et al., <br><br> Defendants. | Civil Case No. _____ <br><br> **DECLARATION OF VERMIN LOVE SUPREME** |

I, Vermin Love Supreme, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have first-hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. I am a political activist and seven-time candidate for President of the United States.

3. I ran for President in 2016.

4. The voters of New Hampshire have always shown significant support for my campaigns, which is evidenced by the fact that I placed fourth in New Hampshire's Democratic primary election in 2016.

5. "Free ponies for every American" is one of the central pillars of my long-standing political platform and has been for many election cycles, including the 2016 election cycle.

6. Hillary Clinton, a long-serving politician and another prominent presidential candidate in the 2016 election, recently wrote a book called "What Happened" about the 2016 election and her campaign.

7. In the book, Hillary Clinton says that she saw a post on Facebook that she agreed with that discussed the presidential campaign of Bernie Sanders, where she notes that Bernie's campaign promises were like promising "free ponies to every American."

8. Given that my campaign platform has advocated this exact policy for many years, and was one of the main pillars of my 2016 campaign platform, I had no doubt in my mind that this portion of the book was a reference to my political platform.

9. I recently found out that Hillary Clinton will be signing copies of her book, "What Happened", on December 5, 2017 at Gibson's Bookstore in Concord, New Hampshire, which is located at 45 South Main Street, Concord, NH.

10. I wish to bring one or two live ponies to protest and petition near 45 South Main Street, Concord, NH in order to make a statement about Clinton's reference in her book to my political platform.

11. I do not wish the bring the ponies inside the store or even near Clinton.

12. I wish to bring the ponies to the protest as symbols of political speech only.

13. I wish to do so legally, and I asked one of my supporters and organizers, Keith Yergeau, to make some phone calls to obtain a permit.

14. On or around November 21, 2017, Keith told me that the City of Concord would not grant a permit for the ponies on December 5, 2017 near 45 South Main Street, Concord, NH because of Mrs. Clinton's event.

15. Keith told me that Concord would allow me to have a permit for the ponies on another day or at another location.

16. Keith told me that Concord would not allow me to have the ponies near the event on that day, which I perceive as a threat of prosecution if I show up near the book signing with the ponies, without a permit.

17. Keith said that Concord would not allow me to have the permit on that day near the event under any circumstances because of the book signing.

18. Since the book signing is literally the reason why I want to bring the ponies to protest, there is no reason why I would want or need the permit on any other day.

19. New Hampshire is where a groundswell of my supporters are located, and Clinton will probably only have one book signing of "What Happened" in the City of Concord, so once this opportunity passes, it will be gone forever.

20. Since the ponies are symbolic political speech, I believe the message will be lost if I cannot obtain a permit to bring the ponies to the scheduled protest outside of the book signing on December 5, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 1, 2017.

                                               DocuSigned by:
                                               *Vermin Love Supreme*
                                               95DF7A02DE9B455...

                                                   Vermin Love Supreme