UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Vermin Love Supreme, an individual  \*
                                    \*
    Plaintiff,              \*
                                    \*
v.                                  \*   Civil Action No: 1:17-cv-670-PB
                                    \*
City of Concord, et al.             \*
                                    \*
    Defendant.              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SETTLEMENT DISCUSSION

PLEASE TAKE NOTICE that the parties have met and conferred and believe that settlement is imminent in this matter, and therefore, at this juncture, there is no need for the Court to issue an order on Plaintiff's Emergency Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction.

                                                 Respectfully submitted,

                                                 **CITY OF CONCORD**

                                                 By Its Attorney,

Dated: December 4, 2017            /s/ James W. Kennedy
                                                 James W. Kennedy, Bar No. 15849
                                                 City Solicitor
                                                 41 Green Street
                                                 Concord, New Hampshire 03301
                                                 Telephone: (603) 225-8505
                                                 Email: jkennedy@concordnh.gov

## **CERTIFICATE OF SERVICE**

      I, James W. Kennedy, hereby certify that a copy of foregoing has been forwarded *via* ECF on December 4, 2017 to Arpiar M. Saunders, Esquire and Marc J Randazza, Esquire, counsel for Plaintiff, Vermin Love Supreme.

Dated: December 4, 2017                          /s/ James W. Kennedy
                                                                              James W. Kennedy, Bar No. 15849