## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| VERMIN LOVE SUPREME,<br><br>                Plaintiff,<br><br>   v.<br><br>THE CITY OF CONCORD; et. al.;<br><br>                Defendants. | **NOTICE OF VOLUNTARY DISMISSAL**<br>Civil Case No. 1:17-cv-670 |

      Plaintiff Vermin Love Supreme hereby requests that this entire action be dismissed pursuant to Rule 41(a)(1)(A)(ii), as the parties were able to amicably resolve the matter when the City of Concord demonstrated great respect for the First Amendment by providing Mr. Vermin Love Supreme with a "Free Speech Paddock" and thereby permitted the symbolic political pony speech contemplated by Mr. Supreme. Further, such speech did occur at the requested date and time without the occurrence of any unpleasant incident. Mr. Supreme sees no reason for any continued dispute with the defendants over any matter at this time, whether it be the First Amendment or any equine-related issue.

Dated: December 6, 2017.

Respectfully submitted,

/s/ Arpiar M. Saunders
Arpiar M. Saunders
(NH Bar No. 265178)
SAUNDERS & SILVERSTEIN LLP
14 Cedar Street, Suite 224
Amesbury, MA 01913
Tel: 978-463-9100
Fax: 978-463-9109
Email: msaunders@sandsip.com

Marc J. Randazza
*Pro Hac Vice* forthcoming
RANDAZZA LEGAL GROUP, PLLC
4035 S. El Capitan Way
Las Vegas, NV 89147
Tel: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2017, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Arpiar M. Saunders
Arpiar M. Saunders

RANDAZZA | LEGAL GROUP

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

/s/ Arpiar M. Saunders
Arpiar M. Saunders

RANDAZZA | LEGAL GROUP

- 2 -